

326631
Law Firm Ref#: 52619.000001

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**PITTSBURGH LOGISTICS SYSTEMS, INC.**

        Plaintiff(s)

    vs.

**TRAFFIX USA, INC.**

        Defendant(s)

Case No.: 1:22-cv-4323

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, JOHN J PENNELL_____, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Case; Complaint; Attorney Appearance Form to Traffix USA, Inc., c/o Illinois Corporation Service Company, located at 801 Adlai Stevenson Drive, Springfield, IL 62703** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Traffix USA, Inc., c/o Illinois Corporation Service Company personally on the ____ day of _____, 20____ at _____M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: LYLE NEEMAN_____, Title: AUTHORIZED AGENT_____, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the 18TH day of AUGUST_____, 20 22 at 01:22 P M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Traffix USA, Inc., c/o Illinois Corporation Service Company's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):
__/__/____ @ _____ : _____
__/__/____ @ _____ : _____
__/__/____ @ _____ : _____

A description of person with whom the documents were left is as follows:
Sex: MALE____ Race: WHITE____ Approx. Age: 70____ Height: 5'5"____ Weight: 150#____ Hair: GRAY____
Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this 18TH day of AUGUST, 20 22

_Rachel Pennell_
Notary Public

_____
(Server Signature)
JOHN J PENNELL
(Print Name)

OFFICIAL SEAL
**RACHEL PENNELL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-04-2024

SAAFF/326631